# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HI-TECH AGGREGATE, LLC, et al., <br><br> Defendants. | Case No. 2:23-cv-01094-JAD-NJK <br><br> **Order** |

Plaintiffs have filed a complaint, alleging this Court has diversity jurisdiction. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiffs' certificate of interested parties fails to identify the citizenship of any entity or individual attributed to them. *See* Docket No. 2.

Accordingly, Plaintiffs must file an amended certificate of interested parties by July 24, 2023, fully identifying their citizenship.

IT IS SO ORDERED.

Dated: July 17, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1