# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, a foreign corporation; THE OHIO CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HI-TECH AGGREGATE, LLC, a domestic limited liability company, PAVESTONE, LLC, a foreign limited liability company,<br><br>Defendants. | CASE NO.: 2:23-cv-01094-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT HI-TECH'S MOTION TO AMEND TO FILE COMPULSORY COUNTERCLAIM (ECF 16) (FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs Ohio Security Insurance Company and The Ohio Casualty Insurance Company (collectively "Plaintiffs"), Defendant Hi-Tech Aggregate, LLC ("Hi-Tech"), and Defendant Pavestone, LLC ("Pavestone"), by and through their respective counsel, that Plaintiffs shall have until Monday, November 20, 2023, in which to file their Response to Defendant Hi-Tech's Motion to Amend Answer to File Compulsory Counterclaim According to FRCP 15(a) (EFC 16), which was filed on November 1, 2023.

This extension is being sought because of the need for additional time to respond to Hi-Tech's Motion. The parties agree that this brief extension does not prejudice any of their clients nor will it delay the proceedings. Defendant Hi-Tech's response to Plaintiffs' Motion for Summary

Judgment is not due until November 22, 2023. Following that, Plaintiffs still have responsive briefing on their Motion for Summary Judgment. As such, the parties agree there is good cause for this extension.

| DATED this 16th of November 2023 | DATED this 16th of November 2023 |
|---|---|
| CLYDE & CO US LLP | WINNER & BOOZE |
| /s/Lee H. Gorlin | /s/Lara L. Miller |
| By: _____ <br> Amy M. Samberg (NV Bar No. 10212) <br> Lee H. Gorlin (NV Bar No. 13879) <br> 7251 West Lake Mead Blvd., Suite 430 <br> Las Vegas, Nevada 89128 | By: _____ <br> Thomas E. Winner (NV Bar No. 5168) <br> Lara L. Miller (NV Bar No. 12618) <br> 1117 S. Rancho Drive <br> Las Vegas, Nevada 89102 |
| *Attorneys for Plaintiffs* | *Attorneys for Hi-Tech Aggregate, LLC* |

DATED this 16th of November 2023

LIPSON NEILSON P.C.

/s/J. William Ebert

By: _____
J. William Ebert (NV Bar No. 2697)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

SMITH CURRIE & HANCOCK LLP
Ronald G. Robey (NV Bar No. 11700)
245 Peachtree Center Avenue, N.E.
Suite 2700, Marquis One Tower
Atlanta, Georgia 30303

## **ORDER**

IT IS SO ORDERED.

Date: November 17, 2023

_____
United States Magistrate Judge