UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, a foreign corporation; THE OHIO CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HI-TECH AGGREGATE, LLC, a domestic limited liability company, PAVESTONE, LLC, a foreign limited liability company,<br><br>Defendants. | CASE NO.: 2:23-cv-01094-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS MOTION TO STAY DISCOVERY (ECF 15) (FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs Ohio Security Insurance Company and The Ohio Casualty Insurance Company (collectively "Plaintiffs"), Defendant Hi-Tech Aggregate, LLC ("Hi-Tech"), and Defendant Pavestone, LLC ("Pavestone"), by and through their respective counsel, that the deadline for Defendants Hi-Tech and Pavestone to file their Responses to Plaintiffs' Motion to Stay Discovery Pending Resolution of Plaintiffs' Motion for Summary Judgment (ECF 15), filed on November 1, 2023, shall be Monday, November 20, 2023.

This extension is being sought because of the need for additional time to respond to Plaintiffs' Motion. The parties agree that this brief extension does not prejudice any of their clients nor will it delay the proceedings. Defendant Hi-Tech's response to Plaintiffs' Motion for Summary Judgment is not due until November 22, 2023. Following that, Plaintiffs still have responsive briefing on their

Motion for Summary Judgment. As such, the parties agree there is good cause for this extension.

DATED this 16th of November 2023

CLYDE & CO US LLP

/s/Lee H. Gorlin

By: _____
Amy M. Samberg (NV Bar No. 10212)
Lee H. Gorlin (NV Bar No. 13879)
7251 West Lake Mead Blvd., Suite 430
Las Vegas, Nevada 89128

*Attorneys for Plaintiffs*

DATED this 16th of November 2023

WINNER & BOOZE

/s/Lara L. Miller

By: _____
Thomas E. Winner (NV Bar No. 5168)
Lara L. Miller (NV Bar No. 12618)
1117 S. Rancho Drive
Las Vegas, Nevada 89102

*Attorneys for Hi-Tech Aggregate, LLC*

DATED this 16th of November 2023

LIPSON NEILSON P.C.

/s/J. William Ebert

By: _____
J. William Ebert (NV Bar No. 2697)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

SMITH CURRIE & HANCOCK LLP
Ronald G. Robey (NV Bar No. 11700
245 Peachtree Center Avenue, N.E.
Suite 2700, Marquis One Tower
Atlanta, Georgia 30303

**ORDER**

IT IS SO ORDERED.
Dated: November 17, 2023

_____
United States Magistrate Judge