Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Lee H. Gorlin (NV Bar No. 13879)
lee.gorlin@clydeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone:    725-248-2900
Facsimile:     725-248-2907

*Attorneys for Plaintiffs*
*Ohio Security Insurance Company and*
*The Ohio Casualty Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, a foreign corporation; THE OHIO CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HI-TECH AGGREGATE, LLC, a domestic limited liability company; PAVESTONE, LLC, a foreign limited liability company.<br><br>Defendants. | Case No.  2:23-cv-01094-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE PERTAINING TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (ECF No. 14)**<br><br>**(First Request)**<br><br>[ECF No. 23] |

IT IS HEREBY STIPULATED by and between Plaintiffs Ohio Security Insurance Company and The Ohio Casualty Insurance Company (collectively "Plaintiffs"), Defendant Hi-Tech Aggregate, LLC ("Hi-Tech"), and Defendant Pavestone, LLC ("Pavestone"), by and through their respective counsel, that the briefing schedule pertaining to Plaintiffs' Motion for Summary Judgment (ECF No. 14) be extended as follows.  The deadline to respond to Plaintiff's Motion shall be extended by seven (7) days to November 29, 2023.  The deadline for Plaintiffs to submit any reply shall be extended by seven (7) days to be due on December 20, 2023.

This extension is being sought because of the need for additional time to respond to Plaintiffs' Motion due to staffing around the Thanksgiving holiday.  This agreement also allows Plaintiffs adequate time to reply to what may be two separate Responses.  The parties agree that this brief extension does not prejudice any of their interests nor will it delay the proceedings.  The

parties previously stipulated to extend briefing on the related Motion to Stay Discovery and Hi-Tech's Motion to Amend Pleadings. (ECF Nos. 19 and 20). As such, the parties agree there is good cause for this extension.

| | |
|---|---|
| DATED this 20th day of November 2023 | DATED this 20th day of November 2023 |
| CLYDE & CO US LLP | WINNER & BOOZE |
| By: /s/ *Lee H. Gorlin* <br> Amy M. Samberg (NV Bar No. 10212) <br> Lee H. Gorlin (NV Bar No. 13879) <br> 7251 West Lake Mead Boulevard, Suite 430 <br> Las Vegas, Nevada 89128 | By: /s/ *Lara L. Miller* <br> Thomas E. Winner (NV Bar No. 5168) <br> Lara L. Miller (NV Bar No. 12618) <br> 1117 South Rancho Drive <br> Las Vegas, Nevada 89102 |
| *Attorneys for Plaintiffs* | *Attorneys for Hi-Tech Aggregate, LLC* |

DATED this 20th day of November 2023

LIPSON NEILSON P.C.

By: /s/ *J. William Ebert*

J. William Ebert (NV Bar No. 2697)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

SMITH CURRIE & HANCOCK LLP
Ronald G. Robey (NV Bar No. 11700)
245 Peachtree Center Avenue, N.E.
Suite 2700, Marquis One Tower
Atlanta Georgia 30303

*Attorneys for Pavestone, LLC*

## ORDER

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 20, 2023