Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Lee H. Gorlin (NV Bar No. 13879)
lee.gorlin@clydeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone:    725-248-2900
Facsimile:     725-248-2907

*Attorneys for Plaintiffs*
*Ohio Security Insurance Company and*
*The Ohio Casualty Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, a foreign corporation; THE OHIO CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HI-TECH AGGREGATE, LLC, a domestic limited liability company; PAVESTONE, LLC, a foreign limited liability company.<br><br>Defendants. | Case No.  2:23-cv-01094-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO REPLY IN SUPPORT OF THEIR MOTION TO STAY DISCOVERY (ECF No. 15)**<br><br>**(First Request)**[1] |

IT IS HEREBY STIPULATED by and between Plaintiffs Ohio Security Insurance Company and The Ohio Casualty Insurance Company (collectively "Plaintiffs"), Defendant Hi-Tech Aggregate, LLC ("Hi-Tech"), and Defendant Pavestone, LLC ("Pavestone"), by and through their respective counsel, that deadline for Plaintiffs to reply in support of their Motion to Stay Discovery Pending Resolution of Plaintiffs' Motion for Summary Judgment (ECF No. 15) shall be extended by seven (7) days, until Monday, December 4, 2023.

This extension is being sought because of the need for additional time to prepare Plaintiffs' Replies due to the intervening Thanksgiving holiday.  The parties agree that this brief extension does not prejudice any of their interests nor will it delay the proceedings.

---

[1] The Court previously granted an extension of time for Defendants to Respond to this Motion, but this is the first request to extend the time for Plaintiffs to Reply.

As such, the parties agree there is good cause for this extension.

DATED this 21ᵗʰ day of November 2023

CLYDE & CO US LLP

By: /s/ *Lee H. Gorlin*
Amy M. Samberg (NV Bar No. 10212)
Lee H. Gorlin (NV Bar No. 13879)
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

*Attorneys for Plaintiffs*

DATED this 21ᵗʰ day of November 2023

WINNER & BOOZE

By: /s/ *Lara L. Miller*
Thomas E. Winner (NV Bar No. 5168)
Lara L. Miller (NV Bar No. 12618)
1117 South Rancho Drive
Las Vegas, Nevada 89102

*Attorneys for Hi-Tech Aggregate, LLC*

DATED this 21ᵗʰ day of November 2023

LIPSON NEILSON P.C.

By: /s/ *J. William Ebert*

J. William Ebert (NV Bar No. 2697)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

SMITH CURRIE & HANCOCK LLP
Ronald G. Robey (NV Bar No. 11700)
245 Peachtree Center Avenue, N.E.
Suite 2700, Marquis One Tower
Atlanta Georgia 30303

*Attorneys for Pavestone, LLC*

**ORDER**

IT IS SO ORDERED.

United States Magistrate Judge

Dated: November 22, 2023