# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

OHIO SECURITY INSURANCE COMPANY, et al.,

    Plaintiff(s),

v.

HI-TECH AGGREGATE, LLC, et al.,

    Defendant(s).

Case No. 2:23-cv-01094-JAD-NJK

**Order**

[Docket No. 55]

Pending before the Court is Plaintiffs' motion for protective order. Docket No. 55. Any response must be filed by May 28, 2024, and any reply must be filed by May 29, 2024.[1]

IT IS SO ORDERED.

Dated: May 22, 2024

                                                          _____
                                                          Nancy J. Koppe
                                                          United States Magistrate Judge

---

[1] The deadlines set herein control the briefing of this dispute regardless of whether CMECF automatically generates different deadlines. *See, e.g.*, Local Rule IC 3-1(d).

1