LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Telephone: 702-382-1500
Facsimile: 702-382-1512
bebert@lippsonneilson.com

SMITH, CURRIE & HANCOCK LLP
RONALD G. ROBEY
Nevada Bar No. 11700
245 Peachtree Center Avenue, N.E.
Suite 2700, Marquis One Tower
Atlanta, Georgia 30303-1227
Telephone: 404-521-3800
Facsimile: 404-688-0671
rgrobey@smithcurrie.com

*Attorneys for Defendant Pavestone, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, a foreign corporation; THE OHIO CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HI-TECH AGGREGATE, LLC, a domestic limited liability company; PAVESTONE, LLC, a foreign limited liability company,<br><br>Defendants. | Case No. 2:23-cv-01094-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS AGAINST DEFENDANT PAVESTONE, LLC ONLY WITH PREJUDICE**<br><br>ECF No. 88 |

AND RELATED COUNTERCLAIM

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) Plaintiffs/Counter-Defendants OHIO SECURITY INSURANCE COMPANY and THE OHIO CASUALTY INSURANCE COMPANY, and Defendant/Counterclaimant HI-TECH AGGREGATE, LLC and Defendant

PAVESTONE, LLC (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. That PAVESTONE, LLC be hereby dismissed with prejudice from the above entitled action, with each party to bear its own attorney's fees and costs related to PAVESTONE, LLC's involvement in the action

2. That all remaining claims, counterclaims, and defenses of any nature whatsoever by and between OHIO SECURITY INSURANCE COMPANY and THE OHIO CASUALTY INSURANCE COMPANY and HI-TECH AGGREGATE, LLC, be and are fully preserved herein.

**IT IS SO STIPULATED.**

Dated this 28th day of October, 2024.           Dated this 28th day of October, 2024.

**WINNER & BOOZE**                              **CLYDE & CO US LLP**

*/s/ Thomas E. Winner*                          */s/ Lee H. Gorlin*
By: _____                     By: _____
Thomas E. Winner                                Amy Samberg
Nevada Bar No. 5168                             Nevada Bar No. 10212
Lara L. Miller                                  Lee H. Gorlin
Nevada Bar No. 12618                            Nevada Bar No. 11848
1117 S. Rancho Dr.                              7251 W. Lake Mead Blvd., Suite 430
Las Vegas, Nevada 89102                         Las Vegas, Nevada 89128

*Attorneys for Defendant/*                      *Attorneys for Plaintiffs/Counter-Defendants*
*Counterclaimant Hi-Tech, LLC*                  *Ohio Security Insurance Company and The*
                                                *Ohio Casualty Insurance Company*

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

Dated this 28th day of October, 2024.

**LIPSON NEILSON P.C.**

By: _____/s/ J. William Ebert_____
    J. William Ebert, Esq.
    Nevada Bar No. 2697
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144

    SMITH, CURRIE & HANCOCK LLP
    Ronald G. Robey
    Nevada Bar No. 11700
    245 Peachtree Center Avenue, N.E.
    Suite 2700, Marquis One Tower
    Atlanta, Georgia 30303-1227

*Attorneys for Defendant Pavestone, LLC*

## ORDER

**B**ased on the parties' stipulation [ECF No. 88] and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Defendant Pavestone, LLC are DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to TERMINATE Pavestone, LLC as a party to this case.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 29, 2024